IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Plaintiffs,

  v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants.

No. C 09-01964 JSW

**ORDER VACATING HEARING**

The motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) filed by defendants United States Postal Service ("USPS"), John Potter, Michael Daley, and Noemi Luna is currently set for hearing on Friday, September 4, 2009 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for September 4, 2009 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: September 3, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE