UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br>          Plaintiffs,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br>          Defendant.<br>_____/ | No. C09-1964 JSW<br><br>**ORDER APPROVING TELEPHONIC APPEARANCE AT MEDIATION BY PLAINTIFFS SAN FRANCISCO TENANTS UNION AND HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO**<br><br>Date:      October 21, 2009<br>Time:     1:00 p.m.<br>Mediator: Margaret Corrigan |

IT IS HEREBY ORDERED that plaintiffs San Francisco Tenants Union and Housing Rights Committee of San Francisco are excused from personally appearing at the October 21, 2009, mediation before Margaret Corrigan. Both of these parties shall be available to participate by telephone at all times during the mediation pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

October 13, 2009     By:     _____
Dated                                          Elizabeth D. Laporte
                                               United States Magistrate Judge