JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6909
Facsimile:  (415) 436-6748

Attorneys for Federal Defendant
UNITED STATES POSTAL SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE; JOHN E. POTTER, MICHAEL DALEY and NOEMI LUNA, in their official capacities,<br><br>    Defendants. | No. 09-1964 JSW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

Subject to the approval of the Court, the parties stipulate that the initial case management conference be postponed from the pending date of November 13, 2009 to a new date of November 20, 2009, at 1:30 p.m. before this Court.

The parties reach this stipulation in order to accommodate the attendance of AUSA Lee at a mandatory settlement conference in <u>Cruz Hernandez v. USA</u>, Action 06-3350 SBA.  The Court assigned the settlement conference to Magistrate Laporte by order dated November 2, 2009. Magistrate Laporte's availability for conducting the settlement conference is limited to

November 13, 2009, beginning at 11:00 p.m.  This was the only date in the remainder of 2009 on which Magistrate Laporte could preside over the settlement conference.  Magistrate Laporte issued an order on November 5, 2009 scheduling the settlement conference for November 13, 2009.  As a result, there is a scheduling conflict between the newly-ordered settlement conference in <u>Hernandez</u> and the initial case management conference in this action.

All counsel are available to proceed on November 20th, should the Court grant the proposed order attached to this stipulation.

Counsel filed an updated joint statement on November 6, 2009 and request permission from the Court to go forward with the conference on November 20th without filing an additional joint statement.

IT IS SO STIPULATED.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: November 10, 2009                    _____/s/_____
                                            JONATHAN U. LEE
                                            Assistant United States Attorney
                                            Attorney for Federal Defendants

Dated: November 10, 2009                    ___/s/_____
                                            SHERRI SOKELAND KAISER
                                            TARA STEELEY
                                            Attorneys for Plaintiff City and County of San Francisco

Dated: November 10, 2009                    ___/s/_____
                                            STEPHEN L. COLLIER
                                            Attorney for Plaintiffs
                                            Central City SRO Collaborative, San Francisco Tenants Union, and Housing Rights Committee of San Francisco

STIPULATION AND ~~PROPOSED~~ ORDER
C09-1964 JSW                                2

**~~PROPOSED~~ ORDER**

The Case Management Conference is rescheduled for Friday, ~~November 20, 2009~~ January 15, 2010 at 1:30 p.m. The parties are not required to file an additional joint statement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 12, 2009

_____
THE HON. JEFFREY S. WHITE
United States District Court Judge