JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-6909
Facsimile: (415) 436-6748

Attorneys for Federal Defendant
UNITED STATES POSTAL SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; JOHN E. POTTER, MICHAEL DALEY and NOEMI LUNA, in their official capacities, <br><br> Defendants. | No. 09-1964 JSW <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER** |

Subject to the approval of the Court, the parties stipulate that the initial case management conference be postponed from the pending date of November 13, 2009 to a new date of November 20, 2009, at 1:30 p.m. before this Court.

The parties reach this stipulation in order to accommodate the attendance of AUSA Lee at a mandatory settlement conference in <u>Cruz Hernandez v. USA</u>, Action 06-3350 SBA. The Court assigned the settlement conference to Magistrate Laporte by order dated November 2, 2009. Magistrate Laporte's availability for conducting the settlement conference is limited to

1  November 13, 2009, beginning at 11:00 p.m.  This was the only date in the remainder of 2009 on
2  which Magistrate Laporte could preside over the settlement conference.  Magistrate Laporte
3  issued an order on November 5, 2009 scheduling the settlement conference for November 13,
4  2009.  As a result, there is a scheduling conflict between the newly-ordered settlement
5  conference in <u>Hernandez</u> and the initial case management conference in this action.
6      All counsel are available to proceed on November 20th, should the Court grant the proposed
7  order attached to this stipulation.
8      Counsel filed an updated joint statement on November 6, 2009 and request permission from
9  the Court to go forward with the conference on November 20th without filing an additional joint
10 statement.
11     IT IS SO STIPULATED.

12

13                                                         Respectfully submitted,

14                                                         JOSEPH P. RUSSONIELLO
15                                                         United States Attorney

16 Dated: November 10, 2009                          _____/s/_____
17                                                         JONATHAN U. LEE
                                                        Assistant United States Attorney
18                                                         Attorney for Federal Defendants

19
20 Dated: November 10, 2009                           ___/s/_____
                                                        SHERRI SOKELAND KAISER
21                                                        TARA STEELEY
22                                                         Attorneys for Plaintiff City and County of
                                                        San Francisco
23

24 Dated: November 10, 2009                           ___/s/_____
                                                        STEPHEN L. COLLIER
25                                                        Attorney for Plaintiffs
26                                                        Central City SRO Collaborative, San
                                                       Francisco Tenants Union, and Housing
27                                                        Rights Committee of San Francisco

28

STIPULATION AND ~~PROPOSED~~ ORDER
C09-1964 JSW                      2

**~~PROPOSED~~ ORDER**

January 15, 2010

The Case Management Conference is rescheduled for Friday, ~~November 20, 2009~~ at 1:30 p.m. The parties are not required to file an additional joint statement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 12, 2009

*/s/ Jeffrey S. White*
THE HON. JEFFREY S. WHITE
United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
C09-1964 JSW

3