DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:      (415) 554-4747
E-Mail:           sherri.kaiser@sfgov.org
E-Mail:           tara.steeley@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

STEPHEN L. COLLIER, State Bar #124887
TENDERLOIN HOUSING CLINIC
126 Hyde Street, 2nd Floor
San Francisco, CA 94102
Telephone:     (415) 771-9850
Facsimile:      (415) 771-1287
E-Mail:           Steve@thclinic.org

Attorneys for Plaintiffs
CENTRAL CITY SRO COLLABORATIVE,
SAN FRANCISCO TENANTS UNION, and
HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; JOHN E. POTTER, MICHAEL DALEY and NOEMI LUNA, in their official capacities,<br><br>Defendants. | Case No. C09-1964 JCS<br><br>[PROPOSED] ORDER GRANTING EX PARTE APPLICATION BY PLAINTIFFS CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION AND HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO FOR LEAVE TO PERMIT NON-LEAD COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE<br><br>Hearing Date:   January 15, 2010<br>Time:                 1:30 p.m.<br>Place:                Courtroom 11, 19th Floor |

Plaintiffs Central City SRO Collaborative, San Francisco Tenants Union, and Housing Rights Committee of San Francisco, Ex Parte Application For Leave to Permit Non-Lead Counsel to Appear at Case Management Conference came before this Court on December 21, 2009 the Honorable Jeffrey White presiding.

Having reviewed the Application and for good cause appearing,

IT IS HEREBY ORDERED that non-lead counsel for plaintiffs Central City SRO Collaborative, San Francisco Tenants Union, and Housing Rights Committee of San Francisco, shall be permitted to appear at the Case Management Conference on January 15, 2010.

Dated: January 5, 2010

_Jeffrey S White_
Honorable Jeffrey White