DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4691
Facsimile: (415) 554-4747
E-Mail: sherri.kaiser@sfgov.org
E-Mail: tara.steeley@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
E-mail: jonathan.lee@usdoj.gov
E-mail: thomas.green@usdoj.gov

Attorneys for Federal Defendant
UNITED STATES POSTAL SERVICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. C09-1964 JSW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER LIFTING STAY OF DISCOVERY |

Stip. & (~~Proposed~~) Order Lifting Stay of Discovery
CASE NO. C09-1964 JSW

n:\govlit\li2010\090828\00613087.doc

1    Plaintiff City and County of San Francisco; Plaintiffs Central City SRO Collaborative, San Francisco Tenants Union, and the Housing Rights Committee of San Francisco; and Defendant United States Postal Service, by and through their counsel, hereby agree and stipulate as follows:

**RECITALS**

1. This case was filed on May 5, 2009. In the nearly ten months since then, the parties have confined their efforts to a motion to dismiss and mediation. No party has served any discovery to date.

2. At the Initial Case Management Conference on January 15, 2010, in recognition of the parties' ongoing mediation attempts and the possible futility of discovery if mediation proved successful, the Court stayed discovery pending its further order.

3. The final mediation session took place on February 17, 2010, and it was unsuccessful. No further mediation is contemplated at this time.

4. The parties have now turned their focus to the litigation, which they can only advance by means of discovery.

**AGREEMENT**

NOW, THEREFORE, all parties hereby stipulate that the stay of discovery entered in this case on January 15, 2010, should be lifted and ask the Court to so order.


Dated: February 26, 2010         DENNIS J. HERRERA
                                 City Attorney
                                 THERESE M. STEWART
                                 DANNY CHOU
                                 SHERRI SOKELAND KAISER
                                 TARA M. STEELEY
                                 Deputy City Attorneys



                           By:_____/s/_____.
                                 SHERRI SOKELAND KAISER

                                 Attorneys for Plaintiff
                                 CITY AND COUNTY OF SAN FRANCISCO

TENDERLOIN HOUSING CLINIC

DATED: February 26, 2010           By:           /s/                    .
                                   STEPHEN L. COLLIER

                                   Attorneys for Plaintiffs
                                   CENTRAL CITY SRO COLLABORATIVE, SAN
                                   FRANCISCO TENANTS UNION, and HOUSING
                                   RIGHTS COMMITTEE OF SAN FRANCISCO
                                   COUNTY


                                   JOSEPH P. RUSSONIELLO
                                   United States Attorney
                                   JONATHAN U. LEE
                                   THOMAS R. GREEN
                                   Assistant United States Attorneys

DATED: February 26, 2010           By:           /s/                    .
                                   JONATHAN U. LEE

                                   Attorneys for Defendant
                                   UNITED STATES POSTAL SERVICE

I attest that concurrence in the filing of this document has been obtained from Stephen L. Collier, attorney for Plaintiffs Central City SRO Collaborative, San Francisco Tenants Union, and Housing Rights Committee of San Francisco County, and Jonathan U. Lee, attorney for Defendant United States Postal Service.

By:           /s/           .
Sherri Sokeland Kaiser
Attorney for Plaintiff City and County of San Francisco

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered that the stay of discovery, entered by this Court on January 15, 2010, is lifted.

**IT IS SO ORDERED.**

DATED: March 1            , 2010

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

Stipulation & Order Lifting Stay of Discovery      2       n:\govlit\li2010\090828\00613087.doc
CASE NO. C09-1964 JSW