*E-Filed 7/14/10*

DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4747
E-Mail:        sherri.kaiser@sfgov.org
Attorneys for Plaintiff CITY AND COUNTY OF
SAN FRANCISCO

STEPHEN L. COLLIER, State Bar #124887
TENDERLOIN HOUSING CLINIC
126 Hyde Street, 2nd Floor
San Francisco, California 94102
Telephone:     (415) 771-9850
Facsimile:     (415) 771-1287
E-Mail:        Steve@thclinic.org
Attorneys for Plaintiffs CENTRAL CITY SRO
COLLABORATIVE, SAN FRANCISCO TENANTS
UNION, and HOUSING RIGHTS COMMITTEE OF
SAN FRANCISCO

JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email:  Jonathan.Lee@USDOJ.gov
Attorneys for Defendant UNITED STATES OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. C09-1964 RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PLAINTIFFS' DEMAND FOR JURY TRIAL |

1 | BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS
2 | FOLLOWS:
3 |     1. The parties met and conferred on June 11, 2010 regarding the plaintiffs' demand for a
4 |         jury trial.
5 |     2. As a result of these recent communications, the parties agree that the plaintiffs'
6 |         demand for a jury trial will be stricken.
7 | **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  July 13, 2010               JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    By:   /s/
                                       JONATHAN U. LEE
                                       Assistant U.S. Attorney
                                       COUNSEL FOR THE UNITED STATES OF
                                       AMERICA

Dated:  July 13, 2010               DENNIS J. HERRERA
                                    City Attorney
                                    THERESE M. STEWART
                                    DANNY CHOU
                                    SHERRI SOKELAND KAISER
                                    TARA M. STEELEY
                                    Deputy City Attorneys

                                    By:       /s/                    .
                                       SHERRI SOKELAND KAISER
                                       Attorneys for Plaintiff
                                       CITY AND COUNTY OF SAN FRANCISCO


                                    TENDERLOIN HOUSING CLINIC

DATED:  July 13, 2010               By:   /s/                        .
                                       STEPHEN L. COLLIER
                                       Attorneys for Plaintiffs
                                       CENTRAL CITY SRO COLLABORATIVE, SAN
                                       FRANCISCO TENANTS UNION, and HOUSING
                                       RIGHTS COMMITTEE OF SAN FRANCISCO
                                       COUNTY

STIPULATION AND ~~PROPOSED~~ ORDER, CASE NO.  09-1964 RS

1 **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.  Plaintiffs' demand for jury trial

3 is stricken.

6 DATED:    July 14, 2010

HON. RICHARD SEEBORG
United States District Judge