*E-Filed 12/23/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Plaintiffs,

v.

UNITED STATES POSTAL SERVICE, et al.,

    Defendants.
_____/

No. C 09-01964 RS

**ORDER**

    The instant case is referred to a Magistrate Judge sitting in San Francisco for all matters relating to discovery. Accordingly, the hearing on plaintiff's motion to compel scheduled for January 27, 2011 is vacated. Upon reassignment to a referral Magistrate Judge, plaintiff must re-notice its motion.

**IT IS SO ORDERED.**

Dated: 12-23-10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE