**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | No. C-09-01964 RS (EDL) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| US POSTAL SERVICE, | |
| Defendant. | |

In light of the parties' February 22, 2011 filings, the Court extends the meet and confer deadline regarding Plaintiff's motion to compel to February 24, 2011, and extends the deadline for filing a joint letter brief if agreement is not reached until February 25, 2011.

**IT IS SO ORDERED.**

Dated: February 23, 2011

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge