IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | No. C-09-01964 RS (EDL) |
| Plaintiff, | **ORDER EXTENDING DEADLINE** |
| v. | |
| US POSTAL SERVICE, | |
| Defendant. / | |

In light of Defendant's February 23, 2011 letter, the deadline for filing a joint letter brief if agreement is not reached on the parties' discovery disputes is continued to March 1, 2011.

**IT IS SO ORDERED.**

Dated: February 23, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge