*E-Filed 4/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, | No. C 09-01964 RS |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

On April 19, 2011, plaintiff filed a motion to modify the scheduling order currently in place. Plaintiff also filed a motion to shorten time, and requested a hearing date on Thursday April, 21, 2011. Plaintiff's motion shall be decided on the papers. Defendant may file an opposition no later than Thursday, April 21, 2011 at 10:00 a.m. The matter will then be deemed submitted, pursuant to Civil Local Rule 7-1(b).

**IT IS SO ORDERED.**

Dated: 4/20/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE