DENNIS J. HERRERA, City Attorney (State Bar No. 139669)
DANNY CHOU, Chief of Complex and Special Litigation (State Bar No. 180240)
SHERRI SOKELAND KAISER (State Bar No. 197986)
TARA M. STEELEY (State Bar No. 231775)
Deputy City Attorneys
CITY ATTORNEY'S OFFICE
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4691
Facsimile: (415) 554-4747
E-mail: sherri.kaiser@sfgov.org; tara.steeley@sfgov.org
Attorneys for Plaintiff CITY AND COUNTY OF SAN FRANCISCO

MELINDA HAAG
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: Jonathan.Lee@USDOJ.gov
Attorneys for Defendant UNITED STATES OF AMERICA

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. C09-1964 RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DEADLINE FOR MOTIONS TO COMPEL FACT DISCOVERY |

1  BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS
2  FOLLOWS:
3     1. The last day for either plaintiffs or defendant to file a motion to compel further fact
4        discovery, as provided in this stipulation, is extended by agreement from June 2, 2011
5        to June 9, 2011.  This extension will enable the parties to further meet and confer on
6        numerous outstanding issue and reduce and perhaps eliminate the  issues which may
7        require a motion to compel.
8     2. The discovery requests subject to the agreement of the parties described in this
9        stipulation are the following:
10         a. Plaintiff San Francisco Tenants Union's Interrogatories to Defendant USPS,
11           Set #1;
12         b. Plaintiff City and County of San Francisco's Requests for Admission to
13           Defendant USPS, Set #2;
14         c. Defendant's Requests for Admission to Plaintiff San Francisco Tenants Union,
15           Set #2;
16         d. Defendant's Requests for Admission to Plaintiff Central City SRO
17           Collaborative, Set #2;
18         e. Defendant's Requests for Admission to Plaintiff Housing Rights Committee of
19           San Francisco, Set #2;
20         f. Defendant's Requests for Admission to Plaintiff City and County of San
21           Francisco, Set #1;
22         g. Defendant USPS' Interrogatories to Plaintiff City and County of San
23           Francisco, Set #3;
24         h. Defendant USPS' Requests for Production to Plaintiff City and County of San
25           Francisco, Set #4;
26         i. Defendant USPS' Requests for Production to Plaintiff Central City SRO
27           Collaborative, Set #2;
28         j. Defendant USPS' Requests for Production to Plaintiff Housing Rights

STIPULATION AND PROPOSED ORDER, CASE NO.  09-1964 RS

1                 Committee of San Francisco, Set #2;

2        k. Defendant USPS' Requests for Production to Plaintiff San Francisco Tenants

3            Union, Set #2;

4        l. Plaintiffs' request for additional deposition testimony by Postal Service

5            employee Raj Sanghera; and

6        m. Topic No. 2 of Defendant's 30(b)(6) deposition notice served on CCSF and

7            related written discovery requests, including Requests for Production Nos. 5,

8            12, 36, 41, 45 and 48 and Interrogatory Nos. 26, 29 and 31 served on CCSF.

9    3. The parties previously agreed to extend the time for their responses to the discovery

10      requests identified in paragraphs (2)(a) through (2)(k) from May 26, 2011 to June 1,

11      2011. Counsel for defendant requested the short extension due to a personal family

12      emergency for one of the defense team members, and counsel for Plaintiffs agreed as

13      a professional courtesy provided that the deadline would be reciprocal.

14    4. The parties make this agreement to facilitate any meet and confer efforts that may be

15      necessary following service of the responses on June 1, 2011.

17 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

18 DATED: June 2, 2011           MELINDA HAAG
                                United States Attorney

20                                 By:   /s/ *Jonathan U. Lee*
21                                   JONATHAN U. LEE
                                  Assistant U.S. Attorney
22                                   COUNSEL FOR THE UNITED STATES OF
                                  AMERICA

24 Dated: June 2, 2011            COVINGTON & BURLING LLP

25                                 By:   /s/ *Kelly P. Finley*
                                  MICHAEL M. MARKMAN
26                                   KELLY P. FINLEY
                                  JOSHUA D. HURWIT

27                                 Attorneys for Plaintiffs
28                                 CITY AND COUNTY OF SAN FRANCISCO,

| | | |
|---|---|---|
| | | CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO COUNTY |
| Dated: | June 2, 2011 | DENNIS J. HERRARA, CITY ATTORNEY |
| | | By: */s/ Sherri S. Kaiser* <br> SHERRI SOKELAND KAISER <br> TARA M. STEELEY |
| | | Attorneys for Plaintiff <br> CITY AND COUNTY OF SAN FRANCISCO |
| | | TENDERLOIN HOUSING CLINIC |
| DATED: | June 2, 2011 | By: */s/ Stephen L. Collier* . <br> STEPHEN L. COLLIER <br> Attorneys for Plaintiffs <br> CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO COUNTY |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 3, 2011

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge