DENNIS J. HERRERA, City Attorney (State Bar No. 139669)
DANNY CHOU, Chief of Complex and Special Litigation (State Bar No. 180240)
SHERRI SOKELAND KAISER (State Bar No. 197986)
TARA M. STEELEY (State Bar No. 231775)
Deputy City Attorneys
CITY ATTORNEY'S OFFICE
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4691
Facsimile: (415) 554-4747
E-mail: sherri.kaiser@sfgov.org; tara.steeley@sfgov.org
Attorneys for Plaintiff CITY AND COUNTY OF SAN FRANCISCO

MELINDA HAAG
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: Jonathan.Lee@USDOJ.gov
Attorneys for Defendant UNITED STATES OF AMERICA

Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | Case No. C09-1964 RS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DEADLINE FOR DISCOVERY MOTIONS RE: FACT DISCOVERY |

BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS FOLLOWS:

1. The parties continue to meet and confer regarding Topic No. 2 of Defendant's 30(b)(6) deposition notice served on CCSF and the following written discovery requests to the extent they relate to Topic No. 2: Requests for Production Nos. 5, 12, 36, 41, 45, 48, 89, 93-94, 97-100 and 102, Interrogatory Nos. 26, 29, 31 and 32 and Requests For Admission Nos. 3-4, 7, 45-51, 77, 92, 123-184 served on CCSF. Though outstanding issues remain, the parties continue to meet and confer regarding these issues and are making progress in eliminating issues the Court may otherwise need to address.

2. Defendant will make Raj Sanghera available for additional deposition testimony regarding topics about which she was previously instructed not to testify. The parties continue to meet and confer regarding the schedule for Ms. Sanghera's additional deposition. The deadline for Plaintiffs to move to compel additional testimony from Ms. Sanghera shall be the same deadline as set forth in paragraph 4.

3. The current deadline by which the parties may file a discovery motion relating to these matters is Thursday June 9, pursuant to the stipulation and proposed order signed by the Court on June 3.

4. To provide the parties sufficient time to take depositions and attempt to resolve any outstanding issues covered by these discovery requests, the parties agree to extend the time to move to compel or preclude any fact discovery relating to these requests until one week following the last Topic 2 deposition.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: June 9, 2011           MELINDA HAAG
                              United States Attorney


                              By:    /s/ *Jonathan U. Lee*
                                 JONATHAN U. LEE
                                 Assistant U.S. Attorney
                                 COUNSEL FOR THE UNITED STATES OF
                                 AMERICA


Dated:    June 9, 2011        COVINGTON & BURLING LLP

                              By:   */s/ Kelly P. Finley*
                                 MICHAEL M. MARKMAN
                                 KELLY P. FINLEY
                                 JOSHUA D. HURWIT

                              Attorneys for Plaintiffs
                              CITY AND COUNTY OF SAN FRANCISCO,
                              CENTRAL CITY SRO COLLABORATIVE, SAN
                              FRANCISCO TENANTS UNION, and HOUSING
                              RIGHTS COMMITTEE OF SAN FRANCISCO
                              COUNTY

Dated:    June 9, 2011        DENNIS J. HERRARA, CITY ATTORNEY


                              By:     */s/ Sherri S. Kaiser*
                                 SHERRI SOKELAND KAISER
                                 TARA M. STEELEY

                              Attorneys for Plaintiff
                              CITY AND COUNTY OF SAN FRANCISCO


**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: June 13, 2011

                              HON. [ELIZABETH D. LAPORTE]
                              United States [Magistrate Judge]

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte

- 4 -

STIPULATION AND ~~PROPOSED~~ ORDER, CASE NO. CV 09-1964 RS