1  DENNIS J. HERRERA, City Attorney (State Bar No. 139669)
   DANNY CHOU, Chief of Complex and Special Litigation  (State Bar No. 180240)
2  SHERRI SOKELAND KAISER (State Bar No. 197986)
   TARA M. STEELEY (State Bar No. 231775)
3  Deputy City Attorneys
   CITY ATTORNEY'S OFFICE
4  City Hall, Room 234
   1 Dr. Carlton B. Goodlett Place
5  San Francisco, California 94102-4682
   Telephone: (415) 554-4691
6  Facsimile: (415) 554-4747
7  E-mail: sherri.kaiser@sfgov.org; tara.steeley@sfgov.org
   Attorneys for Plaintiff CITY AND COUNTY OF SAN FRANCISCO
8
9  MELINDA HAAG
   United States Attorney
10 JOANN M. SWANSON
   Assistant United States Attorney
11 Chief, Civil Division
   JONATHAN U. LEE (CSBN 148792)
12 THOMAS R. GREEN (CSBN 203480)
   VICTORIA R. CARRADERO (CSBN 217885)
13 Assistant United States Attorneys
   Northern District of California
14 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
15 Telephone: (415) 436-6909
   Facsimile: (415) 436-6748
16 Email:  Jonathan.Lee@USDOJ.gov
   Attorneys for Defendant UNITED STATES OF AMERICA
17
   Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. C09-1964 RS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ACCELERATED BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER AND PLAINTIFFS' MOTION FOR A STAY |

BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS FOLLOWS:

WHEREAS, the Postal Service intends to file a motion to modify the scheduling order to continue the deadline to file dispositive motions (currently set for June 30) for four weeks until July 28 so that all discovery disputes are resolved and all expert discovery is completed prior to the filing of dispositive motions.  The Postal Service does not seek a continuance of the trial date.  Plaintiffs do not agree to a modification of the scheduling order.

WHEREAS, on May 18, 2011, Plaintiffs filed a complaint before the Postal Regulatory Commission and intend to file a motion to stay this district court action.  The Postal Service does not agree to a stay of this action.

WHEREAS, the parties have agreed to a shortened briefing schedule on both issues.  The schedule is as follows:

- All parties will file their respective motions by today at 4:00.
- All parties will file their oppositions by tomorrow at 4:00.
- The parties are available to appear before the Court on Friday, June 24, if the Court wishes to hear oral argument.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

| | | |
|---|---|---|
| 1 | DATED: June 22, 2011 | |
| 2 | | MELINDA HAAG<br>United States Attorney |
| | | |
| 3 | | |
| 4 | | By:  /s/ *Jonathan U. Lee*<br>JONATHAN U. LEE |
| 5 | | Assistant U.S. Attorney<br>COUNSEL FOR THE UNITED STATES OF<br>AMERICA |
| 6 | | |
| 7 | Dated: June 22, 2011 | COVINGTON & BURLING LLP |
| 8 | | By:  */s/ Kelly P. Finley*<br>MICHAEL M. MARKMAN |
| 9 | | KELLY P. FINLEY<br>JOSHUA D. HURWIT |
| 10 | | |
| 11 | | Attorneys for Plaintiffs<br>CITY AND COUNTY OF SAN FRANCISCO, |
| 12 | | CENTRAL CITY SRO COLLABORATIVE, SAN<br>FRANCISCO TENANTS UNION, and HOUSING<br>RIGHTS COMMITTEE OF SAN FRANCISCO |
| 13 | | COUNTY |
| 14 | Dated: June 22, 2011 | DENNIS J. HERRARA, CITY ATTORNEY |
| 15 | | |
| 16 | | By:   */s/ Sherri S. Kaiser*<br>SHERRI SOKELAND KAISER |
| 17 | | TARA M. STEELEY |
| 18 | | Attorneys for Plaintiff<br>CITY AND COUNTY OF SAN FRANCISCO |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant's motion to modify the scheduling order is due today at 4:00 p.m. Plaintiffs' motion for a stay is due today at 4:00 p.m. The parties' Oppositions to each other's respective motions are due tomorrow by 4:00. The Court will notify the parties if oral argument is necessary.

1
2  DATED:     June 22, 2011
3                                                    _____
                                                     HON. RICHARD SEEBORG
                                                     United States District Court Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28