1  STEPHEN L. COLLIER (State Bar No. 124877)
   E-mail: steve@thc.org
2  TENDERLOIN HOUSING CLINIC
3  126 Hyde Street, 2nd Floor
   San Francisco, CA  94102
4  Telephone:     (415) 771-9580
   Facsimile:     (415) 771-1287
5
   Attorney for Plaintiffs
6  CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and
   HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO
7
   MICHAEL M. MARKMAN (State Bar No. 191388)
8  E-mail: mmarkman@cov.com
   KELLY P. FINLEY (State Bar No. 247519)
9  E-mail: kfinley@cov.com
   JOSHUA D. HURWIT (State Bar No. 263108)
10 E-mail: jhurwit@cov.com
   COVINGTON & BURLING LLP
11 One Front Street
   San Francisco, CA 94111
12 Telephone: 415.591.6000
   Facsimile: 415.591.6091
13
   Attorneys for Plaintiffs
14 CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE,
   SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN
15 FRANCISCO

16 MELINDA HAAG
   United States Attorney
17 JOANN M. SWANSON
   Assistant United States Attorney
18 Chief, Civil Division
19 JONATHAN U. LEE (CSBN 148792)
   THOMAS R. GREEN (CSBN 203480)
20 VICTORIA R. CARRADERO (CSBN 217885)
   Assistant United States Attorneys
21 Northern District of California
22 450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
23 Telephone: (415) 436-6909
   Facsimile: (415) 436-6748
24 Email:  Jonathan.Lee@USDOJ.gov
25 Attorneys for Defendant U. S. Postal Service

26              **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
27                   **SAN FRANCISCO DIVISION**
28

STIPULATION AND [PROPOSED] ORDER
Case No. 3:09-cv-01964-RS (EDL)

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | Civil Case No.:  3:09-cv-01964-RS (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL RESPONSES TO SAN FRANCISCO TENANT UNION'S INTERROGATORIES** |

WHEREAS, on June 29, 2011, Defendant United States Postal Service's ("Postal Service") filed a revised version of its brief in opposition to Plaintiff City and County of San Francisco (the "City") Motion to Compel Complete Responses to Plaintiff San Francisco Tenant Union's Interrogatories (the "Motion") pursuant to the Court's instructions at the June 27, 2011 hearing; the United States Postal Service represents that no argument or evidence was added;

WHEREAS, Plaintiff City and County of San Francisco's (the "City") reply brief in support of the Motion is due on June 30, 2011;

WHEREAS, the hearing is set for July 26, 2011;

WHEREAS, although the United States Postal Service contends that no argument or evidence was added, the parties agree that Plaintiffs may have additional time to review and consider the Postal Service's revised brief before filing its reply brief; and

WHEREAS, the parties prefer to maintain the July 26, 2011 hearing date if such date is convenient for the Court;

THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1. The City shall file its reply brief in support of the Motion no later than July 7, 2011.

2. The Motion shall be heard, as previously scheduled, on July 26, 2011 at 9:00 a.m., or on such date and time as the Court may otherwise direct.

IT IS SO STIPULATED.

Dated:   June 30, 2011                         By:           /s/
                                                                    Stephen L. Collier

                                                                    Attorneys for Plaintiffs

|   |   |   |
|---|---|---|
| 1 |   | CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO |

Michael M. Markman
Kelly P. Finley
Joshua D. Hurwit

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO

Dated:   June 30, 2011                     By:_____/s/_____

Jonathan U. Lee
Thomas R. Green
Victoria Carradero

Attorneys for Defendant
UNITED STATES POSTAL SERVICE

IT IS SO ORDERED:

Dated:   __June 30, 2011__              _____

IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA