DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4747
E-Mail:        sherri.kaiser@sfgov.org

Attorneys for Plaintiff CITY AND COUNTY OF
SAN FRANCISCO

STEPHEN L. COLLIER, State Bar #124887
TENDERLOIN HOUSING CLINIC
126 Hyde Street, 2nd Floor
San Francisco, California 94102
Telephone:     (415) 771-9850
Facsimile:     (415) 771-1287
E-Mail:        Steve@thclinic.org

Attorneys for Plaintiffs CENTRAL CITY SRO
COLLABORATIVE, SAN FRANCISCO TENANTS
UNION, and HOUSING RIGHTS COMMITTEE OF
SAN FRANCISCO

MELINDA HAAG
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: Jonathan.Lee@USDOJ.gov

Attorneys for Defendant UNITED STATES OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 1 | CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO | Case No. C09-1964 RS |
| 2 | | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CERTAIN EXPERT DEPOSITIONS |
| 3 | | |
| 4 | Plaintiffs, | |
| 5 | vs. | |
| 6 | UNITED STATES POSTAL SERVICE, | |
| 7 | Defendant. | |

1  BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE,
2  SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

3  1. Defendant provided its expert witness disclosure to plaintiffs on July 1, 2011, as required by the modified and current case management schedule. Defendant provided available dates for the depositions of its experts to plaintiffs within the current case management schedule, which sets July 15 as the close of all expert discovery.

7  2. On July 6, 2011, plaintiffs informed defendant that due to a scheduled surgical procedure next week for one of the plaintiffs' counsel assigned to this case, plaintiffs requested that four depositions of defendant's experts take place the week of July 18-22, 2011, which is after the current deadline for completing expert discovery on July 15, 2011.

12  3. The parties met and conferred and have agreed to the following deposition schedule for four of defendant's experts:

14  a. Plaintiffs will depose Belinda Olson on July 19, 2011, in San Francisco
15  b. Plaintiffs will depose Michael Bradley on July 20, 2011, in Washington, D.C.
16  c. Plaintiffs will depose Dean Granholm on July 21, 2011 in Washington, D.C. The parties have agreed that Mr. Granholm's deposition will be completed before a 3:00 p.m. appointment on his calendar on July 21, 2011.
19  d. Plaintiffs will depose Steve Landi on July 22, 2011, in Washington, D.C., subject to the resolution of a scheduling conflict on Mr. Landi's calendar.

21  4. The parties request that the Court approve this stipulation.

- 3 -
STIPULATION AND ~~PROPOSED~~ ORDER, CASE NO. 09-1964 RS

1  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

2  DATED:   July 8, 2011              MELINDA HAAG
                                      United States Attorney
3

4                                     By:        /s/
                                         THOMAS R. GREEN
5                                        Assistant U.S. Attorney
                                         COUNSEL FOR THE UNITED STATES OF
6                                        AMERICA

7

8  Dated:   July 8, 2011              COVINGTON & BURLING LLP
                                      MICHAEL M. MARKMAN
                                      KELLY P. FINLEY
9                                     JOSHUA D. HURWIT

10                                    TENDERLOIN HOUSING CLINIC
                                      STEPHEN L. COLLIER
11

12
                                      DENNIS J. HERRERA
13                                    City Attorney
                                      THERESE M. STEWART
14                                    DANNY CHOU
                                      SHERRI SOKELAND KAISER
15                                    TARA M. STEELEY
                                      Deputy City Attorneys
16

17                                    By:         /s/                        .
                                         MICHAEL A. MARKMAN
18                                       Attorneys for Plaintiffs
                                         CITY AND COUNTY OF SAN FRANCISCO,
19                                       CENTRAL CITY SRO COLLABORATIVE, SAN
                                         FRANCISCO TENANTS UNION, and HOUSING
20                                       RIGHTS COMMITTEE OF SAN FRANCISCO
                                         COUNTY
21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   July 12, 2011

_____
HON. RICHARD SEEBORG
United States District Judge