1    DENNIS J. HERRERA, City Attorney (State Bar No. 139669)
     DANNY CHOU, Chief of Complex and Special Litigation  (State Bar No. 180240)
2    SHERRI SOKELAND KAISER (State Bar No. 197986)
     TARA M. STEELEY (State Bar No. 231775)
3    Deputy City Attorneys
     CITY ATTORNEY'S OFFICE
4    City Hall, Room 234
     1 Dr. Carlton B. Goodlett Place
5    San Francisco, California 94102-4682
     Telephone: (415) 554-4691
6    Facsimile: (415) 554-4747
     E-mail: sherri.kaiser@sfgov.org; tara.steeley@sfgov.org
7    Attorneys for Plaintiff CITY AND COUNTY OF SAN FRANCISCO
8
     MELINDA HAAG (CABN 132612)
9    United States Attorney
     JOANN M. SWANSON (CABN 88143)
10   Assistant United States Attorney
     Chief, Civil Division
11   JONATHAN U. LEE (CSBN 148792)
     THOMAS R. GREEN (CSBN 203480)
12   VICTORIA R. CARRADERO (CSBN 217885)
     Assistant United States Attorneys
13   Northern District of California
     450 Golden Gate Avenue, Box 36055
14   San Francisco, California 94102
     Telephone: (415) 436-6909
15   Facsimile: (415) 436-6748
     Email:  Jonathan.Lee@USDOJ.gov
16   Attorneys for Defendant UNITED STATES OF AMERICA
17
     Additional Counsel Listed on Signature Page
18
                          UNITED STATES DISTRICT COURT
19
                       NORTHERN DISTRICT OF CALIFORNIA
20
                            SAN FRANCISCO DIVISION
21   CITY AND COUNTY OF SAN                  Case No. C09-1964 RS (EDL)
     FRANCISCO, CENTRAL CITY SRO
22   COLLABORATIVE, SAN FRANCISCO            STIPULATION AND [PROPOSED] ORDER
     TENANTS UNION, and HOUSING RIGHTS       REGARDING DEPOSITION OF
23   COMMITTEE OF SAN FRANCISCO              PLAINTIFF'S NON-RETAINED EXPERT
                                             DANIEL KELLY
24          Plaintiffs,

25          vs.

26   UNITED STATES POSTAL SERVICE,

27          Defendant.

28

**BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:**

WHEREAS the current case management schedule sets July 15 as the close of expert discovery.

WHEREAS Plaintiffs provided non-retained expert City and County of San Francisco employee Daniel Kelly for deposition on July 13th; however, various data sets pertaining to his expert disclosure were not produced.

WHEREAS the parties stipulated on the record at Mr. Kelly's deposition that the data requested would be produced and that Mr. Kelly would be reproduced for the remainder of time left for a 7 hour on the record deposition at a mutually agreeable date in the immediate future.

WHEREAS, the parties have previously stipulated to permit depositions of certain of Defendant's experts to occur after the July 15 fact discovery cut-off date, which was approved by the Court. (Docket Entry No. 223).

WHEREAS, the parties further stipulate that the deadline to file any motions to compel relating to experts (both retained and non-retained) agreed to be deposed after July 15 (including Mr. Dan Kelly) will be seven days from the last day of deposition for each such witness deposed.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:      July 18, 2011                    MELINDA HAAG
                                             United States Attorney


                                             By:___/s/ *Victoria R. Carradero*_____
                                             VICTORIA R. CARRADERO
                                             Assistant U.S. Attorney
                                             Attorneys for Defendant


Dated:      July 18, 2011                    COVINGTON & BURLING LLP

                                             By:___/s/ *Joshua D. Hurwit*_____
                                             MICHAEL M. MARKMAN
                                             KELLY P. FINLEY
                                             JOSHUA D. HURWIT

                                             Attorneys for Plaintiffs
                                             CITY AND COUNTY OF SAN FRANCISCO,

- 3 -

1

CENTRAL CITY SRO COLLABORATIVE, SAN
FRANCISCO TENANTS UNION, and HOUSING

2

RIGHTS COMMITTEE OF SAN FRANCISCO
COUNTY

3

Dated:        July 18, 2011           DENNIS J. HERRERA, CITY ATTORNEY

4

5

By:_____/s/ JON GIVNER_____

6

JON GIVNER

Attorneys for Plaintiff

7

CITY AND COUNTY OF SAN FRANCISCO

8

9

**[PROPOSED] ORDER**

10

PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

13

DATED:        July 21, 2011

14

HON. ELIZABETH
United States M

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -