1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  DANNY CHOU, State Bar #180240
   Chief of Complex and Special Litigation
3  SHERRI SOKELAND KAISER, State Bar #197986
   TARA M. STEELEY, State Bar #231775
4  Deputy City Attorneys
   City Hall, Room 234
5  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
6  Telephone:     (415) 554-4691
   Facsimile:     (415) 554-4747
7  E-Mail:        danny.chou@sfgov.org; sherri.kaiser@sfgov.org; tara.steeley@sfgov.org

8  Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO
9
   MICHAEL M. MARKMAN, State Bar #191388
10 KELLY P. FINLEY, State Bar #247519
   JOSHUA D. HURWIT, State Bar #263108
11 COVINGTON & BURLING LLP
   One Front Street
12 San Francisco, CA 94111
   Telephone:     (415) 591-6000
13 Facsimile:     (415) 591-6091
   E-Mail:        mmarkman@cov.com; kfinley@cov.com; jhurwit@cov.com
14
   Attorneys for Plaintiffs
15 CENTRAL CITY SRO COLLABORATIVE,
   SAN FRANCISCO TENANTS UNION, and
16 HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20 CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO | Case No. C09-1964 RS (EDL) <br><br> **STIPULATION AND [PROPOSED] ORDER RE IN CAMERA REVIEW OF DOCUMENTS ON PRIVILEGE LOG** |
| Plaintiffs, | |
| vs. | |
| UNITED STATES POSTAL SERVICE; JOHN E. POTTER, MICHAEL DALEY and NOEMI LUNA, in their official capacities, | |
| Defendants. | |

1  WHEREAS the Court issued an order on July 12, 2011 granting in part and denying in part Plaintiff's Motion to Compel Defendant to Produce Privilege Log (Docket 155);

WHEREAS the Court "agreed to examine a limited number of documents in camera to evaluate the adequacy of the [Defendant's privilege] log";

WHEREAS the Court ordered the parties to "provide the documents to the Court no later than July 26, 2011";

WHEREAS the parties have been meeting and conferring over which documents to submit to the Court for in camera review and have agreed to a schedule for reaching an agreement on those documents;

WHEREAS due to the vacation schedules of the City's counsel, the parties need an additional week to submit documents to the Court for in camera review;

THEREFORE, the parties HEREBY STIPULATE THAT:

The parties shall provide the documents to the Court for in camera review no later than August 2, 2011.

Dated:  July 18, 2011

By:*/s/ Danny Chou*
   DANNY CHOU

   Dennis J. Herrera, City Attorney
   Danny Chou
   Sherri Sokeland Kaiser
   Tara M. Steeley

   Attorneys for Plaintiff
   CITY AND COUNTY OF SAN FRANCISCO

   Michael M. Markman
   Kelly P. Finley
   Joshua D. Hurwit

   Attorneys for Plaintiffs
   CITY AND COUNTY OF SAN FRANCISCO,
   CENTRAL CITY SRO COLLABORATIVE,
   SAN FRANCISCO TENANTS UNION, and
   HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO

Dates: July 18, 2011

By:*/s/Jonathan U. Lee*
JONATHAN U. LEE

Melinda Haag, United States Attorney
Joann M. Swanson
Jonathan U. Lee
Thomas R. Green
Victoria Carradero

Attorneys for Plaintiffs
CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO COUNTY

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM THE OTHER SIGNATORY.

**IT IS SO ORDERED**.

Dated: July 21, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge



STIP & [PROPOSED] ORDER
CASE NO. C09-1964 RS

2

n:\govlit\li2009\090828\00713367.doc