1   DENNIS J. HERRERA, City Attorney (State Bar No. 139669)
    DANNY CHOU, Chief of Complex and Special Litigation  (State Bar No. 180240)
2   SHERRI SOKELAND KAISER (State Bar No. 197986)
    TARA M. STEELEY (State Bar No. 231775)
3   Deputy City Attorneys
    CITY ATTORNEY'S OFFICE
4   City Hall, Room 234
    1 Dr. Carlton B. Goodlett Place
5   San Francisco, California 94102-4682
    Telephone: (415) 554-4691
6   Facsimile: (415) 554-4747
7   E-mail: sherri.kaiser@sfgov.org; tara.steeley@sfgov.org
    Attorneys for Plaintiff CITY AND COUNTY OF SAN FRANCISCO
8

9   MELINDA HAAG (CABN 132612)
    United States Attorney
10  JOANN M. SWANSON (CABN 88143)
    Assistant United States Attorney
11  Chief, Civil Division
    JONATHAN U. LEE (CSBN 148792)
12  THOMAS R. GREEN (CSBN 203480)
    VICTORIA R. CARRADERO (CSBN 217885)
13  Assistant United States Attorneys
    Northern District of California
14  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
15  Telephone: (415) 436-6909
    Facsimile: (415) 436-6748
16  Email:  Jonathan.Lee@USDOJ.gov
    Attorneys for Defendant UNITED STATES OF AMERICA
17
    Additional Counsel Listed on Signature Page
18
19                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
20
                      SAN FRANCISCO DIVISION

21  CITY AND COUNTY OF SAN                    Case No. C09-1964 RS (EDL)
    FRANCISCO, CENTRAL CITY SRO
22  COLLABORATIVE, SAN FRANCISCO             STIPULATION AND [PROPOSED] ORDER
    TENANTS UNION, and HOUSING RIGHTS        REGARDING DEPOSITION OF RANDY
23  COMMITTEE OF SAN FRANCISCO               SHAW

24        Plaintiffs,

25        vs.

26  UNITED STATES POSTAL SERVICE,

27        Defendant.

28

STIPULATION AND PROPOSED ORDER, CASE NO. CV 09-1964 RS

**BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:**

WHEREAS the current case management schedule sets July 15 as the close of expert discovery.

WHEREAS the parties stipulate that the deposition of Randy Shaw, which began on July 14, will be completed on July 27.  The deposition will occur at the U.S. Attorney's Office and will begin at 10:00 a.m.

WHEREAS, the parties have previously stipulated to permit depositions of certain of Defendant's experts to occur after the July 15 fact discovery cut-off date, which was approved by the Court. (Docket Entry No. 223).

WHEREAS, the parties further stipulate that the deadline to file any motion to compel regarding the deposition of Randy Shaw will be extended to one week following the completion of the deposition.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:       July 25, 2011              MELINDA HAAG
                                        United States Attorney


                                        By:____/s/_____
                                            JONATHAN U. LEE
                                            Assistant U.S. Attorney
                                            Attorneys for Defendant


Dated:       July 25, 2011              COVINGTON & BURLING LLP

                                        By: _____/s/_____
                                        MICHAEL M. MARKMAN
                                        KELLY P. FINLEY
                                        JOSHUA D. HURWIT

                                        Attorneys for Plaintiffs
                                        CITY AND COUNTY OF SAN FRANCISCO,
                                        CENTRAL CITY SRO COLLABORATIVE, SAN
                                        FRANCISCO TENANTS UNION, and HOUSING
                                        RIGHTS COMMITTEE OF SAN FRANCISCO
                                        COUNTY

- 3 -

STIPULATION AND PROPOSED ORDER, CASE NO.  09-1964 RS

1   Dated:      July 25, 2011          TENDERLOIN HOUSING CLINIC

2

3                                      By:___/s/_____
                                       STEPHEN COLLIER

4                                      Attorneys for Plaintiffs
                                       CENTRAL CITY SRO COLLABORATIVE, SAN
5                                      FRANCISCO TENANTS UNION, and HOUSING
                                       RIGHTS COMMITTEE OF SAN FRANCISCO
6                                      COUNTY

7

8                              [PROPOSED] ORDER

9           PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12   DATED:    July 25, 2011           _____
                                       HON. ELIZABETH D. LAPORTE
13                                     United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              - 4 -