DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:     (415) 554-4747
E-Mail:        sherri.kaiser@sfgov.org

Attorneys for Plaintiff CITY AND COUNTY OF
SAN FRANCISCO

STEPHEN L. COLLIER, State Bar #124887
TENDERLOIN HOUSING CLINIC
126 Hyde Street, 2nd Floor
San Francisco, California 94102
Telephone:     (415) 771-9850
Facsimile:     (415) 771-1287
E-Mail:        Steve@thclinic.org

Attorneys for Plaintiffs CENTRAL CITY SRO
COLLABORATIVE, SAN FRANCISCO TENANTS
UNION, and HOUSING RIGHTS COMMITTEE OF
SAN FRANCISCO

MELINDA HAAG
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: Jonathan.Lee@USDOJ.gov
Attorneys for Defendant UNITED STATES OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

- 2 -

| | | |
|---|---|---|
| 1 | CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO | Case No. C09-1964 RS |
| 2 | | STIPULATION AND ~~PROPOSED~~ ORDER REGARDING POSTPONEMENT OF HEARING |
| 3 | | |
| 4 | Plaintiffs, | |
| 5 | vs. | |
| 6 | UNITED STATES POSTAL SERVICE, | |
| 7 | Defendant. | |

BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1. Defendant's motion to compel currently scheduled for hearing on August 2, 2011 is the Notice of Motion and Motion to Compel Production of Document and Further Responses to Last Round of Requests for Production Served on Plaintiffs (Docket #160).

2. On August 1, 2011, the parties met and conferred regarding a resolution of the motion identified above.

3. Plaintiffs have agreed to do the following:

    a. Plaintiffs have agreed to produce any returned mail (or images of returned mail) Plaintiffs locate if there is a database from which returned mail or images of returned mail can be retrieved without undue burden..

    b. Plaintiffs agree to produce any desk clerk training materials that Plaintiffs can find after a diligent search.

    c. Plaintiffs agree to discuss with the Department of Public Health and the Department of Building Inspection whether any additional materials can be produced in response to RFPs 83, 84, 87 & 88 (RFPs 33-35 and 38-39 to the non-City Plaintiffs), and to produce any documents that can be produced without causing an undue burden on Plaintiffs.

4. The parties request a postponement of the motion hearing to August ~~16,~~ 23, 2011 to allow Plaintiffs time to carry out 3a, 3b, and 3c.

5. With respect to the potential issue of undue burden identified above, Plaintiffs agree to meet and confer to provide information sufficient to allow Defendant to evaluate any undue burden identified by Plaintiffs.

6. The parties request that the Court approve this stipulation.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:   August 2, 2011        MELINDA HAAG
                               United States Attorney


                               By:   /s/
                                   JONATHAN U. LEE
                                   Assistant U.S. Attorney
                                   COUNSEL FOR THE UNITED STATES OF
                                   AMERICA


Dated:   August 2, 2011        COVINGTON & BURLING LLP
                               MICHAEL M. MARKMAN
                               KELLY P. FINLEY
                               JOSHUA D. HURWIT

                               DENNIS J. HERRERA
                               City Attorney
                               THERESE M. STEWART
                               DANNY CHOU
                               SHERRI SOKELAND KAISER
                               TARA M. STEELEY
                               Deputy City Attorneys


                               By:   /s/                          .
                                   TARA M. STEELEY
                                   Attorneys for Plaintiff
                                   CITY AND COUNTY OF SAN FRANCISCO


                               TENDERLOIN HOUSING CLINIC

DATED:   August 2, 2011        By:   /s/                          .
                                   STEPHEN L. COLLIER
                                   Attorneys for Plaintiffs
                                   CENTRAL CITY SRO COLLABORATIVE, SAN
                                   FRANCISCO TENANTS UNION, and HOUSING
                                   RIGHTS COMMITTEE OF SAN FRANCISCO
                                   COUNTY

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Defendant's pending motion to compel will be heard on August ~~16~~ 23, 2011.

DATED:     August 3, 2011

_____
HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

- 5 -
STIPULATION AND PROPOSED ORDER, CASE NO. CV 09-1964 RS