DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4691
Facsimile:      (415) 554-4747
E-Mail:          danny.chou@sfgov.org; sherri.kaiser@sfgov.org; tara.steeley@sfgov.org

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

MICHAEL M. MARKMAN, State Bar #191388
KELLY P. FINLEY, State Bar #247519
JOSHUA D. HURWIT, State Bar #263108
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:     (415) 591-6000
Facsimile:      (415) 591-6091
E-Mail:          mmarkman@cov.com; kfinley@cov.com; jhurwit@cov.com

Attorneys for Plaintiffs
CENTRAL CITY SRO COLLABORATIVE,
SAN FRANCISCO TENANTS UNION, and
HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE; JOHN E. POTTER, MICHAEL DALEY and NOEMI LUNA, in their official capacities,<br><br>Defendants. | Case No. C09-1964 RS (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE JOINT FILING CONCERNING IN CAMERA REVIEW OF DOCUMENTS ON PRIVILEGE LOG** |

1  WHEREAS the Court issued an order on July 12, 2011 granting in part and denying in part Plaintiff's Motion to Compel Defendant to Produce Privilege Log (Docket 155);

WHEREAS the Court "agreed to examine a limited number of documents <u>in camera</u> to evaluate the adequacy of the [Defendant's privilege] log";

WHEREAS the Court subsequently ordered the parties to "provide the documents to the Court for <u>in camera</u> review no later than August 2, 2011";

After further meet and confer, the parties HEREBY STIPULATE THAT:

1. The parties will submit a joint brief to the Court containing Defendant's objections and the City's responses concerning the documents selected for <u>in camera</u> review by Wednesday, August 3, 2011. This joint submission will be succinct, describing in brief the parties' position regarding the documents selected by the City for in camera review.

2. Defendant will lodge the documents selected by the City for <u>in camera</u> review no later than Wednesday, August 3, 2011.

Dated: August 2, 2011

By: */s/ Tara Steeley*
TARA STEELEY

Dennis J. Herrera, City Attorney
Danny Chou
Sherri Sokeland Kaiser
Tara M. Steeley

Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

Michael M. Markman
Kelly P. Finley
Joshua D. Hurwit

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO,
CENTRAL CITY SRO COLLABORATIVE,
SAN FRANCISCO TENANTS UNION, and
HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO

/ / /

/ / /

Dates: August 2, 2011

By:*/s/Jonathan U. Lee
    JONATHAN U. LEE

Melinda Haag, United States Attorney
Joann M. Swanson
Jonathan U. Lee
Thomas R. Green
Victoria Carradero

Attorneys for Plaintiffs
CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO COUNTY

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM THE OTHER SIGNATORY.

**~~PROPOSED~~ ORDER**

**IT IS SO ORDERED**.

Dated: August __3__, 2011

_____
ELIZABETH
United States

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]

STIP & [PROPOSED] ORDER
CASE NO. C09-1964 RS

2

n:\govlit\li2011\090828\00716702.doc