DENNIS J. HERRERA, State Bar #139669
City Attorney
THERESE M. STEWART, State Bar #104930
Chief Deputy City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
SHERRI SOKELAND KAISER, State Bar #197986
TARA M. STEELEY, State Bar #231775
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-4691
Facsimile: (415) 554-4747
E-Mail: sherri.kaiser@sfgov.org

Attorneys for Plaintiff CITY AND COUNTY OF
SAN FRANCISCO

STEPHEN L. COLLIER, State Bar #124887
TENDERLOIN HOUSING CLINIC
126 Hyde Street, 2nd Floor
San Francisco, California 94102
Telephone: (415) 771-9850
Facsimile: (415) 771-1287
E-Mail: Steve@thclinic.org

Attorneys for Plaintiffs CENTRAL CITY SRO
COLLABORATIVE, SAN FRANCISCO TENANTS
UNION, and HOUSING RIGHTS COMMITTEE OF
SAN FRANCISCO

MELINDA HAAG
United States Attorney
JOANN M. SWANSON
Assistant United States Attorney
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
THOMAS R. GREEN (CSBN 203480)
Assistant United States Attorneys
Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: Jonathan.Lee@USDOJ.gov

Attorneys for Defendant UNITED STATES OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 1 | CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO | Case No. C09-1964 RS |
| 2 | | STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENT AND FURTHER RESPONSES TO LAST ROUND OF REQUESTS FOR PRODUCTION SERVED ON PLAINTIFFS |
| 3 | | |
| 4 | Plaintiffs, | |
| 5 | vs. | |
| 6 | UNITED STATES POSTAL SERVICE, | |
| 7 | Defendant. | |

FOLLOWING THE HEARING ON AUGUST 23, 2011, BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE, SUBJECT TO APPROVAL OF THE COURT, AS FOLLOWS:

1. Defendant's Notice of Motion and Motion to Compel Production of Document and Further Responses to Last Round of Requests for Production Served on Plaintiffs (Docket #160) was heard on August 23, 2011, following two stipulated continuances of the hearing to permit the parties additional opportunities to meet and confer. At the hearing the Court made rulings on the remaining issues, granting in part and denying in part the motion.

2. Regarding evidence of returned mail, the Court ordered plaintiff City and County of San Francisco to search the food stamps files contained within the IFiles database for any returned mail or images of returned mail in the files of the SRO residents plaintiffs identified in their most recent Rule 26 disclosures. Any returned mail evidence (such as images of returned mail) found with the IFiles database for those individuals will be produced to defendant.

3. Regarding evidence of returned mail, the Court denied the motion to compel as to the organizational plaintiffs. Their counsel argued to the Court that the discovery requests sent to the organizational plaintiffs did not request returned mail, and therefore the organizational plaintiffs did not search for and have not produced documents regarding returned mail. Defendant's counsel argued that Requests Nos. 38-39 sought returned mail, and the Court denied the motion to compel on the grounds that those requests were overbroad.

4. Regarding evidence of training materials, the Court ordered plaintiff City and County of San Francisco to file a declaration detailing the steps the City Attorney's Office took to search for desk clerk training materials. Counsel for defendant informed the Court that the City Attorney's Office had earlier agreed to provide a status update on

their search efforts no later than August 30, 2011, and thereafter as needed, or to complete its production of documents requested by Defendants before that date.

5. Regarding evidence of training materials (RFPs 33-35), the defendant requested and the organizational plaintiffs agreed to produce policies and procedures regarding the handling of mail for the Tenderloin Housing Clinic desk clerks, and so the Court ordered production of these documents from the organizational plaintiffs.

6. Regarding evidence of plaintiff City and County of San Francisco's guidelines for how to inspect an SRO, how to cite SROs, policies for preventing the spread of diseases and other documents described by RFPs 83, 84, 87 & 88, the Court ordered plaintiff City and County of San Francisco to file a declaration detailing the steps the City Attorney's Office took to search for and/or identify the responsive documents. Counsel for defendant informed the Court that the City Attorney's Office had earlier agreed to provide a status update on their search efforts no later than August 30, 2011, and thereafter as needed, or to complete its production of responsive documents before that date.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  September 21, 2011

MELINDA HAAG
United States Attorney

By: __/s/_____
JONATHAN U. LEE
Assistant U.S. Attorney
COUNSEL FOR THE UNITED STATES POSTAL SERVICE

DATED:  September 21, 2011

COVINGTON & BURLING LLP
MICHAEL M. MARKMAN
KELLY P. FINLEY
JOSHUA D. HURWIT
DENNIS J. HERRERA
City Attorney
THERESE M. STEWART
DANNY CHOU
SHERRI SOKELAND KAISER
TARA M. STEELEY
Deputy City Attorneys

By: __/s/_____.
TARA M. STEELEY
Attorneys for Plaintiff
CITY AND COUNTY OF SAN FRANCISCO

TENDERLOIN HOUSING CLINIC

DATED:  September 21, 2011

By: __/s/_____.
STEPHEN L. COLLIER
Attorneys for Plaintiffs
CENTRAL CITY SRO COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS COMMITTEE OF SAN FRANCISCO COUNTY

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:     September 22, 2011                    _____
                                                 HON. ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge