1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  THERESE M. STEWART, State Bar #104930
   Chief Deputy City Attorney
3  DANNY CHOU, State Bar #180240
   Chief of Complex and Special Litigation
4  SHERRI SOKELAND KAISER, State Bar #197986
   TARA M. STEELEY, State Bar #231775
5  Deputy City Attorneys
   City Hall, Room 234
6  1 Dr. Carlton B. Goodlett Place
   San Francisco, California 94102-4682
7  Telephone:    (415) 554-4691
   Facsimile:    (415) 554-4747
8  E-Mail:       sherri.kaiser@sfgov.org
   Attorneys for Plaintiff CITY AND COUNTY OF
9  SAN FRANCISCO

10 STEPHEN L. COLLIER, State Bar #124887
   TENDERLOIN HOUSING CLINIC
11 126 Hyde Street, 2nd Floor
   San Francisco, California 94102
12 Telephone:    (415) 771-9850
   Facsimile:    (415) 771-1287
13 E-Mail:       Steve@thclinic.org
   Attorneys for Plaintiffs CENTRAL CITY SRO
14 COLLABORATIVE, SAN FRANCISCO TENANTS
   UNION, and HOUSING RIGHTS COMMITTEE OF
15 SAN FRANCISCO

16 MELINDA HAAG
   United States Attorney
17 JOANN M. SWANSON
   Assistant United States Attorney
18 Chief, Civil Division
   JONATHAN U. LEE (CSBN 148792)
19 THOMAS R. GREEN (CSBN 203480)
   Assistant United States Attorneys
20 Northern District of California
   450 Golden Gate Avenue, Box 36055
21 San Francisco, California 94102
   Telephone: (415) 436-6909
22 Facsimile: (415) 436-6748
   Email: Jonathan.Lee@USDOJ.gov
23 Attorneys for Defendant UNITED STATES OF
   AMERICA
24

25              UNITED STATES DISTRICT COURT

26            NORTHERN DISTRICT OF CALIFORNIA

27              SAN FRANCISCO DIVISION

28

STIPULATION AND PROPOSED ORDER, CASE NO. CV 09-1964 RS

- 2 -

| 1 | CITY AND COUNTY OF SAN FRANCISCO, CENTRAL CITY SRO | Case No. C09-1964 RS |
| 2 | COLLABORATIVE, SAN FRANCISCO TENANTS UNION, and HOUSING RIGHTS | STIPULATION AND [PROPOSED] ORDER GRANTING IN PART AND DENYING IN |
| 3 | COMMITTEE OF SAN FRANCISCO | PART DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENT |
| 4 | Plaintiffs, | AND FURTHER RESPONSES TO LAST ROUND OF REQUESTS FOR PRODUCTION |
| 5 | vs. | SERVED ON PLAINTIFFS |
| 6 | UNITED STATES POSTAL SERVICE, | |
| 7 | Defendant. | |

STIPULATION AND PROPOSED ORDER, CASE NO. CV 09-1964 RS

FOLLOWING THE HEARING ON AUGUST 23, 2011, BY AND THROUGH THEIR

COUNSEL OF RECORD, THE PARTIES STIPULATE, SUBJECT TO APPROVAL OF THE

COURT, AS FOLLOWS:

1.  Defendant's Notice of Motion and Motion to Compel Production of Document and

Further Responses to Last Round of Requests for Production Served on Plaintiffs

(Docket #160) was heard on August 23, 2011, following two stipulated continuances

of the hearing to permit the parties additional opportunities to meet and confer.  At the

hearing the Court made rulings on the remaining issues, granting in part and denying

in part the motion.

2.  Regarding evidence of returned mail, the Court ordered plaintiff City and County of

San Francisco to search the food stamps files contained within the IFiles database for

any returned mail or images of returned mail in the files of the SRO residents plaintiffs

identified in their most recent Rule 26 disclosures.  Any returned mail evidence (such

as images of returned mail) found with the IFiles database for those individuals will be

produced to defendant.

3.   Regarding evidence of returned mail, the Court denied the motion to compel as to the

organizational plaintiffs. Their counsel argued to the Court that the discovery requests

sent to the organizational plaintiffs did not request returned mail, and therefore the

organizational plaintiffs did not search for and have not produced documents

regarding returned mail. Defendant's counsel argued that Requests Nos. 38-39 sought

returned mail, and the Court denied the motion to compel on the grounds that those

requests were overbroad.

4.  Regarding evidence of training materials, the Court ordered plaintiff City and County

of San Francisco to file a declaration detailing the steps the City Attorney's Office

took to search for desk clerk training materials.  Counsel for defendant informed the

Court that the City Attorney's Office had earlier agreed to provide a status update on

- 3 -

STIPULATION AND PROPOSED ORDER, CASE NO.  09-1964 RS

their search efforts no later than August 30, 2011, and thereafter as needed, or to

complete its production of documents requested by Defendants before that date.

5.  Regarding evidence of training materials (RFPs 33-35), the defendant requested and

the organizational plaintiffs agreed to produce policies and procedures regarding the

handling of mail for the Tenderloin Housing Clinic desk clerks, and so the Court

ordered production of these documents from the organizational plaintiffs.

6.  Regarding evidence of plaintiff City and County of San Francisco's guidelines for

how to inspect an SRO, how to cite SROs, policies for preventing the spread of

diseases and other documents described by RFPs 83, 84, 87 & 88, the Court ordered

plaintiff City and County of San Francisco to file a declaration detailing the steps the

City Attorney's Office took to search for and/or identify the responsive documents.

Counsel for defendant informed the Court that the City Attorney's Office had earlier

agreed to provide a status update on their search efforts no later than August 30, 2011,

and thereafter as needed, or to complete its production of responsive documents before

that date.

STIPULATION AND PROPOSED ORDER, CASE NO. CV 09-1964 RS

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**


DATED:        September 21, 2011        MELINDA HAAG
                                        United States Attorney

                                        By: __/s/_____
                                        JONATHAN U. LEE
                                        Assistant U.S. Attorney
                                        COUNSEL FOR THE UNITED
                                        STATES POSTAL SERVICE


DATED:        September 21, 2011        COVINGTON & BURLING LLP
                                        MICHAEL M. MARKMAN
                                        KELLY P. FINLEY
                                        JOSHUA D. HURWIT
                                        DENNIS J. HERRERA
                                        City Attorney
                                        THERESE M. STEWART
                                        DANNY CHOU
                                        SHERRI SOKELAND KAISER
                                        TARA M. STEELEY
                                        Deputy City Attorneys

                                        By:___/s/_____.
                                        TARA M. STEELEY
                                        Attorneys for Plaintiff
                                        CITY AND COUNTY OF SAN
                                        FRANCISCO



                                        TENDERLOIN HOUSING CLINIC

DATED:        September 21, 2011        By:___/s/_____.
                                        STEPHEN L. COLLIER
                                        Attorneys for Plaintiffs
                                        CENTRAL CITY SRO COLLABORATIVE,
                                        SAN FRANCISCO TENANTS UNION, and
                                        HOUSING RIGHTS COMMITTEE OF
                                        SAN FRANCISCO COUNTY

STIPULATION AND PROPOSED ORDER, CASE NO. CV 09-1964 RS

1

**[~~PROPOSED~~] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

DATED:      September 22, 2011      _Elizabeth D. Laporte_

5

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -